| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Norma Duenas, Esq.<br>Southern California Law Advocates, P.C.<br>1801 Parkcourt Place, Ste. F202<br>Santa Ana, CA 92701<br><br>Phone: 866-337-7220<br>Fax: 866-553-9967<br>SBN: 255342 CA<br>Email: Norma@socaladvocates.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for: MASSOUD HAJNABI*<br>☐ *Chapter 13 trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**AUG 16 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY deramus  DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION**

| In re:<br><br>MASSOUD HAJNABI<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:22-bk-11359-TA<br><br>CHAPTER: 13<br><br>**ORDER ON:**<br>☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**<br>☒ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**<br>☐ **OTHER:**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |

Based on Debtor's motion filed on (*date*) 8/10/2023 as docket entry number 93 and the recommendation of the chapter 13 trustee, it is ordered that Debtor's motion is:

☐ Granted     ☐ Denied

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                              Page 1                           **F 3015-1.14.ORDER.CH13.GENRL**

☒ Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtor's motion

☐ Granted on the following conditions:

☐ Set for hearing on (*date*) _____ at (*time*) _____.

###

Date: August 16, 2023

*[signature]*
Theodor C. Albert
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 2                    **F 3015-1.14.ORDER.CH13.GENRL**